**Hugo Schuettek, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 28,838.**

Action for personal injuries sustained by bicycle rider when struck by defendants' street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. *Opinion* filed April 3, 1924. *Certiorari* denied by Supreme Court (making opinion final).

C. L. Mahony and Watson J. Ferry, for appellants; John R. Guilliams and Frank L. Kriete, of counsel. Sonnenschein, Berkson, Lautmann & Levinson, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Arthur E. Roberts, appellant, v. Dennis J. Egan, bailiff of the Municipal Court of Chicago, and Bruno Dziegelewski, appellees. Gen. No. 28,869.**

Action of replevin. Property taken by sheriff under writ and delivered to plaintiff. Defendants found not guilty, and writ of *retorno habendo* issued. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 3, 1924.

Charles C. Spencer, for appellant. George J. Dreiske and West & Eckhart, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Lillian Chrastka, appellee, v. John T. Chrastka, appellant. Gen. No. 28,883.**

Separate maintenance proceeding. Motion of complainant's solicitor that certain fees are due and that they be paid her by defendant. Motion granted. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 3, 1924.

Edward J. Smejkal, Christopher Mamer, Jr. and Joseph J. Kroupa, for appellant. No apearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**William Navickis, appellee, v. J. B. Aglys, appellant. Gen. No. 28,898.**

Suit for work and labor in making book shelves. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank T. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 3, 1924.

Harold O. Mulks, for appellant. No appearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court,